# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Balazs Solti

                              Plaintiff,

v.                                                                      Case No.: 1:21−cv−06060

                                                                               Honorable John Z. Lee

The Partnerships and Unincorporated Associations
Identified on Schedule "A"

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 6, 2022:

       MINUTE entry before the Honorable John Z. Lee: Motion hearing held on 1/6/22. For the reasons stated on the record, Plaintiff's motion for entry of default and default judgment against the Defendants identified in the first amended schedule A [25] is granted. Judgment is entered in favor of the Plaintiff and against the Defendants identified in schedule A in the amount of $25,000 per Defendant. Plaintiff should submit a proposed order and contact the courtroom deputy when they have done so. Civil case terminated.(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.